UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                Case No.: 10-32610
JAMES OATHER SLOAN            Chapter 7
KARLA JILL SLOAN               Hon. Daniel S. Opperman

                              Debtor(s).
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

      The attached check in the amount of $4.27 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>#XXXB579<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | 11 | $4.27 |
| | **TOTAL** | **$4.27** |

Dated: 2/24/11

                                              /s/ Collene K. Corcoran, Trustee
                                              Collene K. Corcoran, Trustee
                                              PO Box 535
                                              Oxford, MI 48371
                                              (248) 969-9300
                                              ccorcoran@epiqtrustee.com